UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARVIN HOLMES,

                       Plaintiff,                    22 **CIVIL** 6388 (MKV)(SN)

       -against-                     **JUDGMENT**

MARK MILLER, Superintendent, Green Haven
Correctional Facility,

                     Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 8, 2023, the Court adopts the Report & Recommendation in its entirety as the opinion of the Court. The habeas corpus petition is DENIED. Finding that Mr. Holmes has not demonstrated a denial of a constitutional right, a certificate of appealability is DENIED. The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and *in forma pauperis status* is therefore denied for the purpose of an appeal. See *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
         August 08, 2023

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                    **BY:**

                                                          **Deputy Clerk**